UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK PILLANS and RICHARD J. JOHNSON, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:25-CV-0223-X-BN |
| v. | § § | |
| NAVARRO COUNTY SHERIFF OFFICE, et al., | § § § | |
| *Defendants.* | § § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. (Doc. 18). Defendant Richard Johnson filed an objection. (Doc. 19). Johnson does not comply with the Rule 72 standard, failing to specify the errors in the Magistrate Judge's Order.[1] The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States

---

[1] An objection that does "nothing more than state a disagreement with the magistrate's suggested resolution, or simply summarizes what has been presented before, is not an 'objection'" under Rule 72(b). *Cuza v. Day*, No. 22-1354, 2023 WL 3270064, at *1 (E.D. La. May 5, 2023) (citation omitted); *see also Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) ("Frivolous, conclusive or general objections need not be considered by the district court.").

Magistrate Judge.

**IT IS SO ORDERED** this 15th day of September 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE